NO. SCWC-29758

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

IN THE INTEREST OF D.Q.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29758; FC-J NO. 0081885)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner's application for writ of certiorari, filed on January 5, 2012, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, February 6, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna



Stuart N. Fujioka
for petitioner on
the application